# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141408

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERALD LAVERE SOURS, JR.,
      Defendant-Appellant.

SC: 141408
COA: 298171
Branch CC: 09-119333-FH

_____/

      On order of the Court, the application for leave to appeal the June 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

d0920